# SCARINCI HOLLENBECK

Lyndhurst | Freehold | New York

ANTHONY P. SEIJAS, Attorney
aseijas@scarincihollenbeck.com
Direct Phone: 201-806-3408

June 24, 2008

**VIA ELECTRONIC FILING AND NEW JERSEY LAWYERS SERVICE**
Honorable Esther Salas, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Court, 50 Walnut Street
Newark, NJ 07101

Re:  Albanian Associated Fund and Imamarun Polozani v. The Township of Wayne et al.
     Civil Action No.: 2:06-cv-3217 (PGS) (ES)
     Our File No.: 10549.1000; Fund Counsel No.: 0588

Dear Judge Salas:

On June 3, 2008 this office informed Your Honor that the above-referenced matter has been tentatively settled and that the terms of the settlement were being discussed. Currently Plaintiffs' attorneys and the undersigned are involved in drafting of the Settlement Agreement.

Therefore, it is respectfully requested that this matter be taken of the trial calendar pending settlement of all claims.

Your Honor's courtesy and attention to this matter are greatly appreciated.

Respectfully submitted,

*s/Anthony P. Seijas, Esq.*

ANTHONY P. SEIJAS
For the Firm

APS/aka

cc: Honorable Peter G. Sheridan, U.S.D.J.- via electronic filing and New Jersey Lawyers Service
    Robert Greene, Esq. – via electronic mail only
    A. Michael Rubin, Esq. – via electronic filing only
    Eric Nemeth, Esq. – via electronic and regular mail
    Andrew L. Indeck, Esq.

{00386105.DOC}

1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, NJ 07071-0790  Phone: 201-896-4100  Fax: 201-896-8660    www.scarincihollenbeck.com