SCARINCI HOLLENBECK
ATTORNEYS AT LAW
1100 VALLEY BROOK AVENUE
P.O. BOX 790
LYNDHURST, NEW JERSEY 07071-0790
Telephone: (201) 896-4100
Our File No. 10549.1000
Attorneys for Defendants, The Township of Wayne
and The Township of Wayne Planning Board

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBANIAN ASSOCIATED FUND and IMAN ARUN POLOZANI, <br><br> Plaintiffs, <br><br> vs. <br><br> THE TOWNSHIP OF WAYNE, and THE TOWNSHIP OF WAYNE PLANNING BOARD, <br><br> Defendants. | Case No.: 2:06-cv-3217 <br><br> **DOCUMENT ELECTRONICALLY FILED** <br><br> **STIPULATION OF DISMISSAL** |

THIS MATTER having been resolved by and between the Plaintiffs and Defendants, it is hereby stipulated and agreed that the same be and it is dismissed with prejudice and without costs.

STORZER & GREENE, P.L.L.C.
Attorney for Plaintiffs

By: _____
        ROBERT L. GREENE, ESQ.

Dated:

SCARINCI HOLLENBECK
Attorneys for Defendants, The Township of Wayne, and The Township of Wayne Planning Board

By: _____
        ANTHONY P. SEIJAS

Dated: 6/22/09

{00480008.DOC}